■ LORI JACOBSEN et al., Appellants, v ISSAM ARNOUK et al., Respondents. [619 NYS2d 957] —Appeal by the plaintiffs from an order of the Supreme Court, Kings County (Clemente, J.), entered July 17, 1992.

Ordered that the order is affirmed, with one bill of costs payable to the respondents appearing separately and filing separate briefs, for reasons stated by Justice Clemente at the Supreme Court in a memorandum decision dated April 23, 1991. Thompson, J. P., Lawrence, O'Brien and Krausman, JJ., concur.